Case No. 22-1733

ZACHARY GREENBERG,
*Plaintiff-Appellee*,

v.

JERRY M. LEHOCKY, in his official capacity as Board Chair of the
Disciplinary Board of the Supreme Court of Pennsylvania, et al.,
*Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania (No. 2:20-cv-03822)


ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Christian Legal Society Amicus Curiae.

                Respectfully submitted,

                /s/ L. Theodore Hoppe, Jr.

                L. Theodore Hoppe, Jr.
                Attorney I.D. No. 62082
                25 W. Second Street, Second Flr.
                Media, PA 19063
                (610) 497-3579
                thoppe@thoppelaw.com
                Counsel of Record,
                Amicus Curiae,
                Christian Legal Society

Date 10/27/2022

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that on October 27, 2022, the foregoing was filed electronically and served on the other parties via the court's ECF system.

                                                    /s/ L. Theodore Hoppe, Jr.

                                                    L. Theodore Hoppe, Jr.
Attorney I.D. No. 62082
25 W. Second Street, Second Flr.
Media, PA 19063
(610) 497-3579
thoppe@thoppelaw.com
Counsel of Record,
Amicus Curiae,
Christian Legal Society

Date 10/27/2022