# No. 22-1733

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ZACHARY GREENBERG,

*Plaintiff-Appellee,*

v.

JERRY M. LEHOCKY, in his official capacity as Board Chair of the Disciplinary Board of the Supreme Court of Pennsylvania et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 2:20-cv-03822, Hon. Chad F. Kenney

## MOTION FOR LEAVE TO FILE CORRECTED AMICUS BRIEF OF PROFESSORS BRUCE A. GREEN AND REBECCA ROIPHE IN SUPPORT OF PLAINTIFF-APPELLEE

Daniel R. Suhr
dsuhr@libertyjusticecenter.org
Reilly Stephens
rstephens@libertyjusticecenter.org
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Phone: 312-637-2280
Fax: 312-263-7702
*Counsel for Amici*

# MOTION

*Amici* Bruce A. Green and Rebecca Roiphe hereby move the Court for leave to file their corrected Amicus Brief, per the Clerk's Text Only Order of October 28, 2022.

*Amici* timely filed their brief on October 27, 2022. All parties consented to *Amici*'s filing. However, *Amici*'s counsel erred in determining the applicable word count limitation, and therefore the brief as filed was 7,328 words, more than the allowed 6,500. Counsel regrets the error.

Professors Green and Roiphe are scholars of legal ethics, who have published research on the subject of the ethical rule at issue in this case, and feel that their insights would be valuable to the Court in its consideration of this appeal.

*Amici* therefore ask this court's leave to file their Corrected Amicus Brief, in compliance with the Clerk's instructions and this Court's rules.

Dated: October 31, 2022        Respectfully submitted,

/s/ Daniel R. Suhr
Daniel R. Suhr
dsuhr@libertyjusticecenter.org
Reilly Stephens
rstephens@libertyjusticecenter.org
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Phone: 312-637-2280
*Counsel for Amici*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the forgoing Motion for Leave with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Daniel R. Suhr<br>
October 31, 2022